UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARDINAL HEALTH 200, INC., | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) Civ. Action No. 08-803 (RMC) |
| | ) |
| TILLOTSON CORPORATION, | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |

## RULE 7.1 CERTIFICATE

I, the undersigned counsel of record for Tillotson Corporation, certify that to the best of my knowledge and belief, Defendant Tillotson Corporation, has no parent, subsidiary or affiliate which has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

____/s/ Charles H. Carpenter_____
Charles H. Carpenter
(DC Bar No. 432004)
Pepper Hamilton LLP
600 Fourteenth Street NW
Washington DC 20005
(202) 220-1507
(202) 220-1665 (fax
carpentc@pepperlaw.com

Attorney for Tillotson Corporation