UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARDINAL HEALTH 200, INC., | ) |
|        Counterclaimant, | ) ) ) |
| v. | ) Civ. Action No. 08-803 (RMC) ) |
| TILLOTSON CORPORATION, | ) ) |
|        Counterclaim Defendant. | ) ) |

**MOTION TO DISMISS AND POINTS AND AUTHORITIES
IN SUPPORT THEREOF**

Comes now Counterclaim Defendant Tillotson Corporation, through undersigned counsel, and, pursuant to Rules 12(b)(6) and 12(b)(3), moves for the dismissal of the above-captioned action, and in support thereof, states as follows:

1.  The claim is time-barred for the reasons set forth in Tillotson's motion for summary judgment filed May 20, 2008, and the arguments in support thereof are incorporated herein by reference. The counterclaim therefore fails to state a claim upon which relief can be granted.

2.  The averments in support of venue in this district are insufficient, for the reasons set forth by Tillotson in its motion to dismiss a related case before this Court – *Ansell Healthcare Products LLC v. Tillotson Corp.*, No 08-585 (RMC) (motion filed May 15, 2008) -- and Tillotson incorporates those arguments here.

3.  As the Court is aware from the Notice of Related Case filed in this action, there is a pending (but stayed) case between Tillotson and Cardinal Health 200, Inc. in the United States District Court for the Northern District of Georgia. *Tillotson Corp. v. Cardinal Health Inc.*, No.

07-120 (RLV).  Transfer of this action to that district would cure the venue problem, but would not cure the untimeliness of this action.

    WHEREFORE, Tillotson respectfully requests that the above-captioned action be dismissed.

                                            Respectfully submitted,

                                            _____/s/ Charles H. Carpenter_____  
                                            Charles H. Carpenter  
                                            (DC Bar No. 432004)  
                                            Pepper Hamilton LLP  
                                            600 Fourteenth Street NW  
                                            Washington DC 20005  
                                            (202) 220-1507  
                                            (202) 220-1665 (fax  
                                            carpentc@pepperlaw.com

                                            Attorneys for Tillotson Corporation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARDINAL HEALTH 200, INC., | ) |
| | ) |
| Counterclaimant, | ) |
| | ) |
| v. | ) Civ. Action No. 08-803 (RMC) |
| | ) |
| TILLOTSON CORPORATION, | ) |
| | ) |
| Counterclaim Defendant. | ) |
| | ) |

ORDER GRANTING MOTION TO DISMISS

Upon consideration of the motion to dismiss filed in the above-captioned action, the applicable law, and the record in this case, it is, by the Court, this __ day of May, 2008

ORDERED that the motion shall be, and hereby is, GRANTED.

_____
Rosemary M. Collyer
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARDINAL HEALTH 200, INC., | ) |
| | ) |
|       Counterclaimant, | ) |
| | ) |
|    v. | ) Civ. Action No. 08-803 (RMC) |
| | ) |
| TILLOTSON CORPORATION, | ) |
| | ) |
|       Counterclaim Defendant. | ) |
| _____ | ) |

ORDER GRANTING MOTION TO DISMISS

Upon consideration of the motion to dismiss filed in the above-captioned action, the applicable law, and the record in this case, it is, by the Court, this __ day of May, 2008

ORDERED that the motion shall be, and hereby is, GRANTED.

_____
Rosemary M. Collyer
United States District Judge