UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARDINAL HEALTH 200, INC. )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TILLOTSON CORPORATION, )<br>)<br>Counterclaim Defendant. ) | Civ. Act No. 08-803 (RMC) |

### CARDINAL HEALTH 200, INC.'S MOTION FOR VOLUNTARY DISMISSAL
### AND COMBINED RESPONSE TO COUNTERCLAIM DEFENDANT'S MOTIONS
### FOR SUMMARY JUDGMENT AND TO DISMISS

Pending before the Court are counterclaim defendant Tillotson Corporation's motions for summary judgment and to dismiss, both premised upon the alleged failure of counterclaimant to meet an International Trade Commission deadline for filing of counterclaims deadline of ten business days prior to trial of the matter in the agency. *See* 19 C.F.R. 210.14(e). Counterclaimant concedes that its counterclaim was filed in the ITC less than ten business days prior to trial and therefore was not jurisdictionally proper at the agency at the time of removal. Counterclaimant therefore moves for voluntary dismissal without prejudice.[1]

---

[1] Counterclaim defendant overreaches in the proposed order on its motion for summary judgment in requesting summary judgment "on each and every claim asserted in this action." Counterclaimant retains the ability to assert its counterclaims in an earlier-filed action in the U.S. District Court for the Northern District of Georgia between the parties, which was stayed prior to Cardinal Health 200, Inc.'s first responsive pleading.

|  | Respectfully submitted |
|---|---|
| Dated: June 2, 2008 | /s/_____<br>Alan L. Whitehurst<br>D.C. Bar No. 484873<br>ALSTON & BIRD LLP<br>950 F Street, N.W<br>Washington, DC  20004<br>Tel. (202) 756-3300<br>Fax (202) 756-3333 |

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing documents were served, by hand, this 2nd day of June, 2008 upon

>Charles H. Carpenter
>Pepper Hamilton LLP
>600 Fourteenth Street, N.W.
>Washington, DC 20005

Dated: June 2, 2008

/s
Alan L. Whitehurst
D.C. Bar No. 484873
ALSTON & BIRD LLP
950 F Street, N.W
Washington, DC 20004
Tel. (202) 756-3300
Fax (202) 756-3333

Alston & Bird

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARDINAL HEALTH 200, INC. )<br>)<br>Counterclaimant, )<br>)<br>v. )<br>)<br>TILLOTSON CORPORATION, )<br>)<br>Counterclaim Defendant. )<br>) | Civ. Act No. 08-803 (RMC) |

ORDER GRANTING VOLUNTARY DISMISSAL

Upon consideration of Counterclaimant's motion for voluntary dismissal and the record in this case, it is hereby ORDERED that the motion is granted and this civil action is DISMISSED WITHOUT PREJUDICE.

Dated: _____, 2008

_____
Rosemary M. Collyer
United States District Judge