UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CARDINAL HEALTH 200, INC., | ) | |
| | ) | |
| Counterclaimant, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 08-803 (RMC) |
| | ) | |
| TILLOTSON CORPORATION, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |
| | ) | |

**REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT**

In opposing summary judgment, Cardinal Health 200, Inc. does not deny that it filed its counterclaim beyond the limitations period. It does not and cannot deny that the International Trade Commission set this limitations period to prevent respondents in investigations pending before it from attempting to gain tactical advantage by filing just before or during the evidentiary hearing. Instead, now that the hearing is over, and whatever tactical advantage can accrue has already been realized, Cardinal seeks court approval to withdraw its counterclaim. It neither professes excusable neglect nor acknowledges error. It is not contrite: it has accomplished its goals, and now seeks the Court's endorsement of its procedural gamesmanship.

2

The Court is not obligated to give its blessing to this conduct.  There are no

genuine issues of material fact, and Tillotson is entitled to judgment as a matter of law.  Neither

point is even in dispute.  Summary judgment should be granted.

Respectfully submitted,


\_\_\_\_/s/ Charles H. Carpenter_____
Charles H. Carpenter
(DC Bar No. 432004)
Pepper Hamilton LLP
600 Fourteenth Street NW
Washington DC 20005
(202) 220-1507
(202) 220-1665 (fax
carpentc@pepperlaw.com

Attorney for Tillotson Corporation